# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-2347

_____

Minnie Coulter

*Plaintiff - Appellant*

v.

Bank of the Ozarks, Inc.; Rick Wisdom, Agent of Services; Tony Livingston,
Agent Service

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: March 4,2019
Filed: March 7, 2019
[Unpublished]

_____

Before LOKEN, COLLOTON, and KOBES, Circuit Judges.

_____

PER CURIAM.

Minnie Coulter appeals the district court's[1] dismissal of her pro se complaint without prejudice for lack of subject matter jurisdiction. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. See Plymouth Cty. v. Merscorp, Inc., 774 F.3d 1155, 1158 (8th Cir. 2014) (de novo review of Fed. R. Civ. P. 12(b) dismissal order). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

----

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas.